

Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Fax: 718 746-4117

Direct: 718 269-2210
Direct Fax: 718 425-9625

bvidas@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas*

Luigi Brandimarte*
Andrew Wiese
Lamont K. Rodgers*
Larry I. Badash*
Brad S. Levin
Si Aydiner˅
Kenneth G. Esehak
Brian S. Vidas⁴
Brian Barnwell
John P. Gloumis*
Rodrigo C. Tordecilla

*Of Counsel:*
Hon. Peter F. Vallone, Sr.
Paul A. Vallone

*Also admitted in New Jersey
˅Also admitted in Connecticut
⁴Also admitted in Minnesota

Additional Offices:

Whitestone
141-07 20th Avenue
Suite 402A
Whitestone, NY 11357

Jackson Heights
78-05 Roosevelt Avenue
Suite 1
Jackson Heights, NY 11372

March 28, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/13
```

**VIA FIRST CLASS MAIL**
Hon. Paul G. Gardephe
Daniel Patrick Moynihan United States Courthouse
Chambers 920
500 Pearl Street
New York, New York 10007

Re:  John Varela v. Shleppers Holdings LLC, et al.
U.S. Southern District of New York (Civ. Case No. 13-cv-1270)
Our File No.: 10960-13

Dear Your Honor:

This office represents the plaintiffs in the above matter. Specifically, along with Luigi Brandimarte, I am an attorney of record and currently receive ECF notices.

However, effective April 3, 2013, I will be leaving my current firm and will no longer be associated with this case. Luigi Brandimarte will continue to represent the plaintiffs as the attorney of record on this matter. As such, I respectfully request that Your Honor remove my name as attorney of record and discontinue any future notices to me regarding this case.

Should Your Honor have any questions or concerns, please contact me at Your Honor's convenience.

Very truly yours,
Sacco & Fillas, LLP

BY: BRIAN S. VIDAS, ESQ.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 3, 2013